**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
JOSEPH ESPOSITO, individually and on behalf
Of all others similarly situated,

                     Plaintiff,

        -against-                                      22 **CIVIL** 7937 (LJL)

                                                        **JUDGMENT**

TIPRANKS, LTD.,

                     Defendant.
-------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memorandum and Order dated January 4, 2024, Defendant's motion to

dismiss, pursuant to Federal Rule of Civil Procedure 12(b)(5), for insufficient service of process

is GRANTED. The Complaint is dismissed "without prejudice to refiling," Olusi v. Keisler,

2008 WL 3539891, at *2 (S.D.N.Y. Aug. 13, 2008) (Chin, J.), and "properly serving" Defendant,

Baliga ex rel. Link Motion Inc. v. Link Motion Inc., 385 F. Supp. 3d 212, 219 (S.D.N.Y. 2019).

**Dated:**  New York, New York

       January 5, 2024

                                                  **RUBY J. KRAJICK**

                                             _____

                                                  **Clerk of Court**

                        **BY:**        K. mango

                                                  _____

                                                     **Deputy Clerk**